IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

HANNAH FREDRICKSON, ASHLEY
KRENING, and MAURIALEE BRACKE,

        Plaintiffs,

   v.

STARBUCKS CORPORATION,
a Washington corporation,

        Defendant.

3:13-cv-00029-HU

ORDER

MARSH, Judge

    Magistrate Judge Hubel issued a Findings and Recommendation (#87) on August 7, 2014, recommending that Defendant should be awarded $350 in costs under Defendant's Bill of Costs (#61). That same day Judge Hubel issued a second Findings and Recommendation (#88) recommending that Defendant's Motion for Attorney's Fees (#57) should be denied. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). Neither party has timely filed objections to either Findings and Recommendation.

    When neither party objects to a Magistrate Judge's Findings and Recommendation, this Court is relieved of its obligation to

1 - ORDER

review the record *de novo*. <u>United States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003)(en banc); see also <u>United States v. Bernhardt</u>, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, I find no error.

Accordingly, I ADOPT both of Magistrate Judge Hubel's Findings and Recommendations (#87, #88). IT IS ORDERED that pursuant to the Bill of Costs (#61), Defendant is awarded costs in the total sum of $350.00. Defendant's Motion for Attorney's Fees (#57) is DENIED.

IT IS SO ORDERED.

DATED this **23** day of September, 2014.

*Malcolm F. Marsh*
Malcolm F. Marsh
United States District Judge

2 - ORDER